■ EUGENIA KOZAK, as Administratrix of the Estate of DANIEL GORSKI, Deceased, Respondent, v. CITY OF BUFFALO, Appellant.— Order unanimously affirmed, without costs. Same memorandum in *Lucenti* v. *City of Buffalo* (29 A D 2d 833). (Appeal from order of Erie Special Term denying motion to dismiss summons.) Present — Bastow, J. P., Goldman, Del Vecchio, Marsh and Henry, JJ.